FILED:  September 25, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2190

(1:11-cv-00288-GBL-JFA)

_____

UNITED STATES OF AMERICA

Intervenor/Plaintiff - Appellant

and

UNITED STATES EX REL. OMAR BADR

Plaintiff

v.

TRIPLE CANOPY, INC.

Defendant - Appellee

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:11-cv-00288-GBL-JFA |
| Date notice of appeal filed in | |

| originating court: | 09/20/2013 |
|---|---|
| Appellant (s) | US |
| Appellate Case Number | 13-2190 |
| Case Manager | Taline A. Fischer<br>804-916-2704 |