FILED: October 23, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2190 (L)
(1:11-cv-00288-GBL-JFA)

_____

UNITED STATES OF AMERICA

   Intervenor/Plaintiff - Appellant

and

UNITED STATES EX REL. OMAR BADR

   Plaintiff

v.

TRIPLE CANOPY, INC.

   Defendant - Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion. All parties to a side shall continue to share time

for oral argument provided by this court's Local Rule 34(b).

The court grants an extension of the briefing schedule as follows:

Response brief due: 01/30/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk