FILED: July 29, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2190 (L)
(1:11-cv-00288-GBL-JFA)
_____

UNITED STATES OF AMERICA

      Intervenor/Plaintiff - Appellant

and

UNITED STATES EX REL. OMAR BADR

      Plaintiff

v.

TRIPLE CANOPY, INC.

      Defendant - Appellee

_____

O R D E R
_____

The parties are directed to file supplemental briefs addressing the impact of Universal Health Services, Inc. v. United States ex rel. Escobar, 579 U.S. ____ (2016). The parties' supplemental briefs may not exceed 15 pages and must be filed on or before August 19, 2016.

Entered at the direction of the panel: Judge Shedd, Judge Agee, and Judge Wynn.

                              For the Court

                              <u>/s/ Patricia S. Connor, Clerk</u>