FILED: August 17, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2190 (L)
(1:11-cv-00288-GBL-JFA)
_____

UNITED STATES OF AMERICA

       Intervenor/Plaintiff - Appellant

and

UNITED STATES EX REL. OMAR BADR

       Plaintiff

v.

TRIPLE CANOPY, INC.

       Defendant - Appellee

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk